UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alliant Insurance Services, Inc, 

Plaintiff(s),

v.

Acrisure of California, LLC,

Defendant(s).

Case No. 3:25-cv-06314-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christopher G. Clark, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Acrisure of California, LLC in the above-entitled action. My local co-counsel in this case is Winston P. Hsiao, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 273638.

500 Boylston Street, Boston, MA 02116
MY ADDRESS OF RECORD

(617) 573-4800
MY TELEPHONE # OF RECORD

christopher.clark@skadden.com
MY EMAIL ADDRESS OF RECORD

2000 Avenue of the Stars, Suite 200N, Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(213) 687-5000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

winston.hsiao@skadden.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 663455.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4   Dated: July 28, 2025                                    Christopher G. Clark
                                                            APPLICANT
5

6   ═══════════════════════════════════════════════════════════════════════════════

7

8                        ORDER GRANTING APPLICATION
9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE
10

11  IT IS HEREBY ORDERED THAT the application of Christopher G. Clark       is
12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney
13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-
14  counsel designated in the application will constitute notice to the party.
15  Dated:  July 29, 2025

16

17  _____
18                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                              2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 28, 2005**, said Court being the highest Court of Record in said Commonwealth:

## Christopher G. Clark

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifth** day of **February** in the year of our Lord **two thousand and twenty-five.**



*Allison S. Cartwright*
ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County