| | |
|---|---|
| WINSTON P. HSIAO (SBN #273638)<br>winston.hsiao@skadden.com<br>RYNE C. POSEY (SBN #301981)<br>ryne.posey@skadden.com<br>ERIC J. GREENBERG (SBN #341241)<br>eric.greenberg@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>2000 Avenue of the Stars, Suite 200N<br>Los Angeles, California 90067<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br><br>JAMES R. CARROLL (*pro hac vice*)<br>james.carroll@skadden.com<br>CHRISTOPHER G. CLARK (*pro hac vice*)<br>christopher.clark@skadden.com<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 573-4800<br>Facsimile: (617) 573-4822<br><br>*Attorneys for*<br>*Acrisure of California, LLC* | Debra L. Fischer (CA142516)<br>Seth M. Gerber (CA202813)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067<br>T: 310.907.1000<br>F: 310.907.1001<br>debra.fischer@morganlewis.com<br>seth.gerber@morganlewis.com<br><br>*Attorneys for Ryan Bedrosian and Alliant Insurance Services, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN BEDROSIAN,<br>            Plaintiff,<br>    v.<br>ACRISURE OF CALIFORNIA, LLC,<br>            Defendant.<br>ALLIANT INSURANCE SERVICES, INC.,<br>            Plaintiff,<br>    v.<br>ACRISURE OF CALIFORNIA, LLC,<br>            Defendant. | CASE NOS.: 3:25-cv-05090-LB<br>                 3:25-cv-06314-LB<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER VACATING OCTOBER 16, 2025 HEARINGS**<br><br>Courtroom: B – 15th Floor<br>Judge: Hon. Laurel Beeler |

The parties to the above-captioned actions, Ryan Bedrosian ("Bedrosian"), Alliant Insurance Services, Inc. ("Alliant"), and Acrisure of California, LLC ("Acrisure"), through counsel, hereby stipulate and agree as follows regarding the motion hearings, and the related briefing schedules, currently scheduled in both Actions for October 16, 2025:

1. On May 13, 2025, Bedrosian filed his Complaint for declaratory relief and unfair competition in the Superior Court of California, County of San Francisco. On June 16, 2025, Acrisure removed Bedrosian's Complaint to this Court before the Hon. Laurel Beeler (the "Bedrosian Action").

2. On June 23, 2025, Alliant filed its Complaint for unfair competition in the Superior Court of California, County of San Francisco. On July 28, 2025, Acrisure removed Alliant's Complaint to this Court before the Hon. Lisa J. Cisneros (the "Alliant Action").

3. On July 29, 2025, the Court entered an order relating the Alliant Action with the Bedrosian Action. (ECF No. 34 in the Bedrosian Action.) On July 30, 2025, the Alliant Case was reassigned to the Hon. Laurel Beeler.

4. On August 5, 2025, Alliant and Acrisure each filed their consent to proceed before the Hon. Laurel Beeler in the Alliant Action. (ECF Nos. 25 and 29 in the Alliant Action.)

5. This Court has set the initial case management conferences for both the Bedrosian and Alliant Actions for the same date and time, November 20, 2025 at 11:00 a.m. PT. The parties' initial case management statements in both actions are currently due to be filed no later than November 13, 2025. (ECF No. 39 in the Bedrosian Action, ECF No. 32 in the Alliant Action.)

6. To date, the parties in both cases have filed a number of procedural and pleading-stage motions, including (i) in the Bedrosian Action, Bedrosian's Motion to Remand (ECF No. 20), (ii) Acrisure's Motion to Dismiss Bedrosian's First Amended Complaint (ECF No. 21), and Acrisure's Motion to Transfer the Case to the Western District of Michigan (ECF No. 22), and (ii) in the Alliant Action, Acrisure's Motion to Transfer Venue (ECF No. 20) and Acrisure's Motion to Dismiss Alliant's Complaint (ECF No. 21).

7. On August 8, 2025, the Court consolidated the hearings on all the above pending motions in both Actions and reset them for hearing on September 18, 2025, at 9:30 a.m. in the above-referenced court. (ECF No. 37 in the Bedrosian Action.)

8. On August 13 and 20, 2025, pursuant to joint stipulations of the parties, the Court further reset the hearings on all the above pending motions in both Actions for hearing on October 16, 2025, at 9:30 a.m. in the above-referenced court, with Alliant's opposition to Acrisure's Motion to Transfer Venue and Motion to Dismiss Alliant's Complaint in the Alliant Action to be due no later than September 18, 2025, and Acrisure's replies in support of such Motions in the Alliant Action to be due no later than October 2, 2025. (ECF Nos. 39 and 41 in the Bedrosian Action.)

9. On September 5, 2025, the parties Alliant, Bedrosian, and Acrisure reached a settlement agreement in principle for both Actions. Plaintiff Bedrosian anticipates filing his Request for Dismissal in the Bedrosian Action within thirty (30) days of September 5, 2025. Plaintiff Alliant also anticipates filing its Request for Dismissal in the Alliant Action within thirty (30) days of September 5, 2025.

10. In light of the parties' settlement-in-principle of both Actions, counsel for Alliant, Bedrosian, and Acrisure met and conferred and have agreed to vacate the October 16, 2025 hearings on the pending motions in both Actions, as well as the related briefing deadlines of September 18 and October 2, 2025. Accordingly, the parties agree and stipulate, subject to the Court's approval, as follows:

(a) The October 16, 2025 hearings on (i) Bedrosian's Motion to Remand (ECF No. 20 in the Bedrosian Action), (ii) Acrisure's Motion to Dismiss Bedrosian's First Amended Complaint (ECF No. 21 in the Bedrosian Action), (iii) Acrisure's Motion to Transfer the Case to the Western District of Michigan (ECF No. 22 in the Bedrosian Action), (iv) Acrisure's Motion to Transfer Venue (ECF No. 20 in the Alliant Action), and (v) Acrisure's Motion to Dismiss Alliant's Complaint (ECF No. 21 in the Alliant Action), are vacated. Any and all pending briefing deadlines in connection with each motion are vacated.

DATED: September 5, 2025    MORGAN, LEWIS & BOCKIUS LLP

/s/ *Seth M. Gerber*
Seth M. Gerber

Attorneys for Ryan Bedrosian and Alliant Insurance Services, Inc.

*I, Seth M. Gerber, attest that all other signatories above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

DATED: September 5, 2025    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Winston P. Hsiao*
Winston P. Hsiao

Attorneys for Defendant Acrisure of California, LLC

**IT IS SO ORDERED.**

Entered: September 8, 2025

Hon. Laurel Beeler
United States Magistrate Judge